UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable SUSAN PIERSON SONDERBY                Date 1/29/08

Bankruptcy Case No. 07 B 02858         Adversary No. _____

Title of Case IN RE: TOTAL GRAPHICS SERVICES, INC.

Brief Statement of Motion: HEARING ON ADEQUACY OF THE DISCLOSURE STATEMENT AND ON CONFIRMATION

Names and Addresses of moving counsel: PAUL BACH (STEPPING UP AS A COURTESY: CINDY M. JOHNSON)

Representing: DEBTOR

## ORDER

IT IS HEREBY ORDERED:
1) THE DISCLOSURE STATEMENT IS CONDITIONALLY APPROVED,
2) THE PLAN IS TO BE AMENDED TO SHOW THAT CLASS 2 IS IMPAIRED AND THE PLAN SHALL BE SERVED FOR BALLOTING
3) ALL OBJECTIONS TO CONFIRMATION SHALL BE FILED ON OR BEFORE MARCH 19, 2008
4) ALL BALLOTS SHALL BE FILED BY MARCH 19, 2008
5) THE HEARING ON ADEQUACY OF THE DISCLOSURE STATEMENT (FOR FINAL APPROVAL) AND THE HEARING ON CONFIRMATION ARE CONTINUED TO MARCH 26, 2008 AT 10:30 AM