IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TOTAL GRAPHICS SERVICES, INC., | ) | Chapter 11 |
| Debtor, | ) | 07 B 05130 |
| | ) | Judge Sonderby |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

You are hereby notified that on June 17, 2009, at 10:00 a.m., or as soon after as I may be heard, I will appear before the Honorable Judge Susan P Sonderby or any other Judge who may be presiding in her place and stead at the Dirksen Federal Building, Courtroom 642, 219 S. Dearborn, Chicago, Illinois, and I will then and there present the attached: **MOTION FOR ENTRY OF FINAL DECREE**

BY:/s/Paul M. Bach

Paul M. Bach
1955 Shermer Road Suite 150
Northbrook, Illinois 60062
847-564-0808
Attorney No. 06209530

## PROOF OF SERVICE

I, PAUL M. BACH certify that I served this notice and attached motion upon all parties named in this notice, by the method listed on the service list and for service by US First Class Mail by placing copies of same in an envelope addressed as indicated above and depositing it in the US Mail, proper postage prepaid, at 1955 Shermer Road Suite 150, Northbrook, IL 60062 on May 26, 2009

/s/Paul M. Bach

**Total Graphics Services, Inc., an Illinois Corporation**
P.O. Box 554
Skokie, IL 60077

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Karen Lynn Baker
Special Assistant US Attorney
200 West Adams Suite 2300
Chicago, IL 60606

Consolidated Business Systems
P.O. Box 307
St. Charles, IL 60174

**Carlson Craft**
Credit Manager          (11234397)
POB 8700                (cr)
Mankato, MN 56002

**Internal Revenue Service**
Centralized Insolvency Operations   (11215914)
P.O. Box 21126                       (cr)
Philadelphia, Pa 19114

**Susan S Lewis Ltd**
208 Fiala Woods Court    (11348711)
Naperville, IL 60565     (cr)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: TOTAL GRAPHICS SERVICES, INC., | ) | Chapter 11 |
| Debtor, | ) | 07 B 05130 |
| | ) | Judge Sonderby |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtor and Debtor in Possession, **TOTAL GRAPHICS SERVICES, INC.**, by their attorneys PAUL M. BACH AND BACH LAW OFFICES, and ask this Honorable Court to enter a final decree. In support thereof, the Debtor and Debtor in Possession states as follows:

1. On February 20, 2007, the Debtors filed a Voluntary Petition For Relief, according to the provisions of Chapter 12 of the Code.

2. On June 18, 2008, this Court held a hearing and orally confirmed and on September 10, 2008 entered an Order pursuant to Section 1129 of the bankruptcy Code confirming the Debtors' Fourth Amended Plan of Reorganization.

3. Pursuant to the Confirmed Plan, Debtors' Payments to Class 1 creditors (administrative) are to be paid upon approval of the claims by the court. The claim of Paul M. Bach and Penelope N. Bach have not yet been approved, and, therefore, have not been paid.

4. Pursuant to the Confirmed Plan, Debtors' payments to Class 1 creditor (priority- IRS) has begun, and, as this date has not been completed, payment has not yet been made.

5. Pursuant to the Confirmed Plan, Debtors' payments to Class 2 creditors (unsecured) has been completed.

6. The plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code.

Case 07-02858  Doc 117  Filed 05/26/09  Entered 05/26/09 23:12:15  Desc Main
Document  Page 4 of 5

7. Debtor's requests that this Court enter a final decree closing this Chapter 11 case. The final decree should expressly reserve jurisdiction in this Court for all pending matters, all final fee hearings, and those matters enumerated in Article VI of the Plan.

WHEREFORE, the debtors and debtors in possession, TOTAL GRAPHICS SERVICES, INC., asks this Honorable Court to enter an Final Decree closing this Chapter 11 case with an express reservation of jurisdiction and for such other relief as is just and equitable.

Respectfully submitted,

TOTAL GRAPHICS SERVICES, INC.

By:_____
One of their attorneys

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinois 60065
(847) 564-0808

