Form 271 (08/06)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Total Graphics Services, Inc.__,   Case No. __07 B 2858__
      Debtor(s)

Last four digits of Social Security No(s).:
Employer's Tax Identification (EID) No(s). [if any]: 36-3711490

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

☐ _____
    (name of trustee)
is discharged as trustee of the estate of the above-named debtor;

☒ the chapter __11__ case of the above-named debtor is closed; ~~and~~

☐ ~~[other provisions as needed]~~

Date: __JUN 17 2009__

_[signature]_
United States Bankruptcy Judge

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors set forth both social security numbers.*